Scholfield, J.

[No. 11407-7-I.   Division One.   August 13, 1984.]

DENNIS C. SCAFE, ET AL, *Respondents*, v. KEITH J. BIEVER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-2-04711-4, John F. Wilson, J., entered April 7, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Scholfield, JJ.

[No. 12685-7-I.   Division One.   August 13, 1984.]

In the Matter of ROSS MALLARY HEISER.

Appeal from a judgment of the Superior Court for Whatcom County, No. 81-5-00104-9, Marshall Forrest, J., entered November 18, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Durham, C.J., concurred in by Callow, J.

[No. 12930-9-I.   Division One.   August 13, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY H. CHAMBERLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-1-02214-1, Frank H. Roberts, Jr., J., entered February 15, 1983. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Swanson, J.

[No. 10509-4-1.   Division One.   April 11, 1984.]

In the Matter of the Marriage of CANDACE J. AMORTEGUY, *Appellant, and* FERNANDO A. AMORTEGUY, *Respondent*.

Withdrawn by order of the Court of Appeals dated August 13, 1984.